UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

VICTOR ANDREWS, on behalf of himself
and all others similarly situated.

                      Plaintiff,

- against -

BLICK ART MATERIALS, LLC,

                      Defendant.

------------------------------X

ORDER ON MOTION
TO DISMISS

17 CV 0076 7 (JBW)(RLM)

FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D.N.Y.

★ JUN 0 8 2017 ★

BROOKLYN OFFICE

Jack B. Weinstein, Senior United States District Judge:

Defendant's motion to dismiss shall be heard on July 6, 2017 at 10:30 A.M.

Plaintiff and a representative of defendant with knowledge shall appear in person with counsel.

A briefing schedule shall be arranged by parties. If they cannot agree the magistrate judge will decide.

                                    SO ORDERED.

                                    Jack B. Weinstein
                                    Senior United States District Judge

Date: June 7, 2017
       Brooklyn, New York

