# MILLER KORZENIK SOMMERS RAYMAN LLP

488 MADISON AVENUE • NEW YORK, NEW YORK 10022-5702
TEL 212.752.9200 • FAX 212.688.3996 • WWW.MKSLEX.COM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 05 2017 ★

BROOKLYN OFFICE

June 26, 2017

Via ECF
Hon. Jack B. Weinstein, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

**HEARING IS ADJOURNED TO 7/27/17 AT 10:30 a.m.**

Re:  *Andrews v. Blick Art Materials, LLC*, No. 1:17-cv-00767-JBW-RLM
     <u>First Request To Adjourn Oral Argument on Defendant's Motion to Dismiss</u>

Dear Judge Weinstein,

      This firm is local counsel to Defendant Blick Art Materials, LLC. We write, on behalf of both parties, to request the adjournment of the oral argument on Defendant's Motion to Dismiss (DE #11), currently set for Thursday, July 6, 2017 at 10:30 a.m. (DE ##15, 18), to either **Tuesday, July 25** or **Thursday, July 27 at 10:30 a.m.**

      The motion has been fully briefed (see DE ##11, 16, 17). This is the first request to adjourn the oral argument, and it does not conflict with any other dates set by the Court as no other dates are set. Plaintiff's counsel consents to the request, and pursuant to Your Honor's order (DE #18), the parties are available to appear in person with counsel on either of the above proposed dates.

Respectfully submitted,

Terence P. Keegan

cc: Counsel of Record via ECF

*Granted.
Case Coordinator June Lowe
will set a date and hour
convenient to court and parties.
So ordered
J.B. Weinstein
6/28/17*