UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR ANDREWS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>BLICK ART MATERIALS, LLC,<br><br>Defendant. | MEMORANDUM ON THE SETTLEMENT HEARING<br><br>17-CV-767<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ OCT 06 2017 ★<br>BROOKLYN OFFICE |

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court is in receipt of plaintiff's October 4, 2017 letter (ECF No. 36). The letter is thoughtful and helpful, but it does not obviate the need for the hearing scheduled for October 19, 2017. The court is not familiar with the technology described in the letter and settlement; a full discussion of the technology—both at the hearing and through briefing—is required for the court to understand how the technology works, the time necessary to implement the technology, what accommodations will be made prior to implementation, and alternatives to the technology proposed in the settlement. The plaintiff shall demonstrate how to use the proposed technology at the hearing and furnish whatever equipment and software is necessary to do so.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:  October 6, 2017
       Brooklyn, New York

